**DISMISS and Opinion Filed September 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01511-CV**

**IN RE CEDRIC WHITEHURST**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-18502**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Osborne

We questioned our jurisdiction over this appeal from an associate judge's order denying a petition to change name as it appeared prematurely filed. *See* TEX. FAM. CODE ANN. § 45.103. Under the Texas Family Code, an associate judge's order becomes the order of the referring court and triggers the appellate deadlines if it is an agreed order, a default order, or a final order in a case in which the parties, prior to the start of the hearing conducted by the associate judge, waived in writing the right to a de novo hearing before the referring court. *See id.* §§ 201.007(a)(16),(c); 201.016(c). Otherwise, the appellate deadlines are triggered only upon the signing of the order by the referring court. *See id.* § 201.016(b).

Because the appealed order is not an agreed or default order and nothing in the record reflected the right to a de novo hearing was waived, in fact the record reflected the referring court held a de novo hearing but did not sign the associate judge's order, we directed appellant to file a letter brief addressing our concern. More than ten days have passed, however, and appellant has not complied.

We cautioned appellant, when we directed him to file a letter brief, that failure to comply could result in dismissal of the appeal without further notice. Accordingly, as nothing before the Court reflects the appellate deadlines have been triggered, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191511F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN RE CEDRIC WHITEHURST

No. 05-19-01511-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-18502. Opinion delivered by Justice Osborne, Justices Schenck and Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 15, 2020